Terri LuAnn JOHNSON a/k/a Terri Luann Johnson Upchurch, Respondent
v. STATE of South Carolina, Petitioner.

(470 S.E. (2d) 847)

Supreme Court

Feb 17, 1993.

## ORDER

In this postconviction relief action, respondent was properly awarded Earned Work Credits pursuant to our decision in *Elmore v. State*, 305 S.C. 456, 409 S.E. (2d) 397 (1991). As it has done in numerous other cases where a prisoner received relief under *Elmore*, the State has petitioned for a writ of certiorari, asserting *Elmore* is wrongly decided. We deny this petition for a writ of certiorari, and adhere to our decision in *Elmore*. We caution counsel for the State and its agencies that continued petitions, motions, or returns of this nature may result in the imposition of sanctions under Rule 240, SCACR.

IT IS SO ORDERED.